UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Eddie Anderson</u>

v.                                                          Civil No. 14-cv-341-JL

<u>Scott Hudon</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 18, 2014.

SO ORDERED.

_/s/ Joseph N. Laplante_____
Joseph N. Laplante
Chief Judge

Date: December 3, 2014

cc:  Eddie Anderson, Pro se