UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Eddie Anderson

   v.                                          Civil No. 14-cv-341-JL

Scott Hudon


**REPORT AND RECOMMENDATION**

    Plaintiff has failed to file status reports every ninety days, as required by this court's December 3, 2014, Order (doc. no. 20). The court's March 13, 2015, Order informed plaintiff that his March 3, 2015, status report was overdue, and that unless he filed a status report by April 13, 2015, the action could be dismissed without prejudice for failure to prosecute. That Order was returned to the court as undeliverable, with no forwarding address, on March 30, 2015.

    Plaintiff has a duty to provide this court with his current address. See LR 83.6(e). Plaintiff has not done so.

    The district judge should dismiss this action, without prejudice, because of plaintiff's failure to prosecute, failure to update his address, and failure to comply with the December 3, 2014, Order (doc. no. 20), requiring him to file status

reports.  See Fed. R. Civ. P. 41(b).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010).

_____
Andrea K. Johnstone
United States Magistrate Judge

June 1, 2015

cc:  Eddie Anderson, pro se