UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Eddie Anderson</u>

     v.                                          Civil No. 14-cv-00341-JL

<u>Scott Hudon</u>

## **J U D G M E N T**

Judgment is hereby entered in accordance with the Order dated July 7, 2015, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated June 1, 2015, by Magistrate Judge Andrea K. Johnstone.

                                                    By the Court,

                                                    /s/ Pamela E. Phelan
                                                    Pamela E. Phelan
                                                    Chief Deputy Clerk

Date: July 8, 2015


cc:      Eddie Anderson, pro se